FILED IN
COURT OF CRIMINAL APPEALS
JAN 13 2015
Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS
JAN 09 2015
Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS
JAN 0 9 2015
Abel Acosta, Clerk

No. 2011-432,527                                    01-02-15

In The Court of Criminal Appeals

Austin, Texas

Eddie J. Jones

V.

The State of Texas

Appeal No. COA. Case No. 07-13-00254-CR

PD-1019-14

Trial Cause No. 2011-432,527

Lubbock, Texas – County

## Motion For Extension of Time to File Petition For Discretionary Review.

To the honorable Judges of the Court of Criminal Appeals:

Come Now, Pro Se Eddie J. Jones petitioner, And files this Motion for AN extension of time in which to file A Petition for Discretionary Review. In Support of this motion, Appellant shows the Court the following.

### I

The Petitioner WAS convicted in the 137th District Court of Lubbock County, Texas of the offense of Sexual Assault, in Cause No 2011-432,527 Styled State of Texas Vs. Eddie J. Jones.

The Petitioner Appealed to the Court of Appeals February, 2014 Supreme Judicial District. The Case WAS Affirmed ON 2013 10.23 10.23:16 05:00: or in February, 2014.

### II

Pro Se Eddie J. Jones Need more extension time; because the Unit, where Eddie J. Jones is incarcerate, The Stiles-Unit,

3060 FM-3514 Beaumont, Texas-77705 is on a Unit Lockdown, and No inmate's Are Not Allowed to move or used the Law-Library during lockdown, No inmate's Are Not Allowed to purchase stamps from the Commissary. Eddie Jones need extensions time until this lockdown is lift, So that Jones Can purchase stamps And writing tablet's and envelope's.

Petitioner prays that this Court grant, this Motion And extend the deadline for filing the Petition for Discretionary Review in Case # NO. 2011-432-527, COA Case No. 07-13-00254-CR

Petitioner Pro se

Texas Department of Criminal Justice

Stiles-Unit, #TDCJ-ID #1873637

Beaumont, Texas-77705

7-G-41-B

Certificate of Service

Pro se Certify that a true And correct copy of the Above And foregoing First And Second Motion for extension of time to file A Petition for Discretionary Review, has been forwarded by U.S. Mail, postage prepaid to the Attorney for State, and the State Prosecuting Attorney, P.O. Box 12405, Austin, Texas,

Pro se Eddie J. Jones, being presently incarcerated in the Stiles-Unit of the Texas Department of Criminal Justice Beaumont, Texas County.

Verify and declare under penalty of perjury that the foregoing statements Are true And correct.

January 2, 2015

Eddie J. Jones #1873637

Stiles-Unit

7-G-41-B

01-02-15